UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRUCE POINTER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1576 (RCL) |
| **THE ARCHITECT OF THE CAPITOL,** | ) |
| Defendant. | ) |

## ORDER

Defendant, the Office of the Architect of the Capitol, has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 15, 2006.

1