UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, <br>         Plaintiff, <br><br>     v. <br><br> THE ARCHITECT OF THE CAPITOL, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:06CV01576 <br> ) <br> ) Judge Royce C. Lamberth <br> ) <br> ) Related Case: 1:06CV01056 |

## LOCAL CIVIL RULE 16.3(d) REPORT

The Parties to the above captioned case, by and through their undersigned counsel, state the following for their Rule 16.3(d) Meet and Confer Report.

**1. Potential For Disposition By Motion**

No dispositive motions have been filed thus far in this civil action. The Defendant, however, intends to file a motion for summary judgment at the close of discovery.

**2. Time For Joining Parties And Amending Pleadings**

The parties do not foresee the addition of any parties at this time. Plaintiff filed a motion to consolidate the related actions, specifically, Civil Case No. 06CV01056 and 06CV01576. Defendant has opposed that motion. The motion is ripe for a ruling by the Court.

**3. Assignment To Magistrate Judge**

The parties do not consent to the assignment of this case to a magistrate judge at this time.

**4. Potential For Settlement**

The parties do not foreclose the potential of settlement, and will pursue efforts to settle this case on their own accord.

**5. Alternative Dispute Resolution**

The parties agree that, at this point in the proceedings, court-ordered mediation is not likely to assist them in their efforts to settle this matter.

**6. Resolution By Dispositive Motion**.

As indicated in Paragraph 1, the Defendant intends to file a motion for summary judgment at the close of discovery. The parties agree that dispositive motions should be filed 30-days following the close of discovery, oppositions should filed 30 days thereafter, and replies 15 days thereafter.

**7. Fed. R. Civ. P. 26(a)(1) Disclosures**

The Parties agree to exchange the information required by Rule 26(a)(1) by January 10, 2007.

**8. Discovery**

The Parties agree that discovery should close 180 days following the Local Rule 16.4 Scheduling Order. The parties agree to the discovery limits found in Rule 30 and 33 of the Federal Rules of Civil Procedure. The parties intend to file a Protective Order to safeguard information protected by the Privacy Act.

**9. Expert Witnesses**

At this time the parties do not seek any modification of the requirements of Rule 26(a)(2) of the Federal Rules of Civil Procedure related to expert witness reports.

**10. Class Action Procedures**

Not Applicable.

**11. Bifurcation Of Discovery And Trial**

The parties do not believe it is necessary to bifurcate discovery or trial in this matter at this time.

**12. Pretrial Conference**

The parties suggest that the Court set up a pretrial conference date after resolution of dispositive motions.

**13. Trial Date**

The parties propose that the court set the trial date at the pretrial conference to be held in this matter.

**14. Other Matters**

Except for the Motion to Consolidate Related Actions, the parties are unaware of any additional matters or concerns that the Court needs to address at this time.

Respectfully Submitted,

Date: December 12, 2006

_____//s/_____
Jeffrey A. Taylor (DC Bar. No. 498610)
United States Attorney

_____//s_____
Rudolph Contreras (DC Bar. No. 434122)
Assistant United States Attorney

_____//s//_____
John C. Truong (DC Bar. No. 465901)
Assistant United States Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel:  202-307-0406
Fax:  202-514-8780
john.truong@usdoj.gov

Counsel for the Defendant

//s// with permission
Sundeep Hora (DC Bar. No. 472944)
Les Alderman (DC Bar. No. 477750)
ALDERMAN & DEVORSETZ, PLLC
1025 Connecticut Ave., NW
Washington, DC 20036
Tel: 202-969-8220
Fax: 202-969-8224
shora@a-dlaw.com

COUNSEL FOR THE PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01576 |
| ) | |
| THE ARCHITECT OF THE CAPITOL, ) | Judge Royce C. Lamberth |
| ) | |
| Defendant. ) | Related Case: 1:06CV01056 |

**PROPOSED SCHEDULING ORDER**

The Parties hereby propose the following schedule governing the litigation of this case:

1. Fact Discovery Close:      June 25, 2007

2. Dispositive Motions:       July 25, 2007

3. Oppositions:               August 25, 2007

4. Replies:                   September 8, 2007

5. Pretrial Conference;       To be scheduled after resolution of any dispositive motions.

   SO ORDERED.


   Dated:                     _____
                              U.S. District Judge Lamberth

5