UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1576 (RCL) |
| ) | |
| THE ARCHITECT OF ) | |
| THE CAPITOL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

The following schedule shall govern the litigation of this case:

1. Fact Discovery Close: July 25, 2007

2. Dispositive Motions: August 25, 2007

3. Oppositions: September 25, 2007

4. Replies: October 8, 2007

5. Pretrial Conference: To be scheduled after resolution of any dispositive motions.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 1, 2007.