## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BRUCE POINTER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 06-1576 (RCL)** |
| ) | |
| **THE ARCHITECT OF** ) | |
| **THE CAPITOL,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

Upon consideration of defendant's Motion [11] for an Extension of Time to Respond to Plaintiff's Discovery Requests and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED, *nunc pro tunc*, the Court having been advised by counsel for plaintiff that defendant's response has been received; and it is further

ORDERED that defendant shall have to and including June 22, 2007 to respond to plaintiff's written discovery requests.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.