**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **BRUCE POINTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **Civil Action No. 06-1576 (RCL)** |
| | ) |
| **THE ARCHITECT OF** | ) |
| **THE CAPITOL,** | ) |
| | ) |
| **Defendant.** | ) |
_____ )

## PROTECTIVE ORDER

Upon consideration of the Stipulated Protective Order [15] entered into by the parties,

and the entire record herein, and for good cause shown, it is hereby

ORDERED, that stipulated protective order is approved and so ORDERED.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 13, 2007.

1