**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRUCE POINTER,                               )<br>                                                          )<br>     Plaintiff,                                    )<br>                                                          )<br>     v.                                               )<br>                                                          )<br>THE ARCHITECT OF                       )<br>THE CAPITOL,                                )<br>                                                          )<br>     Defendant.                                )<br>_____)  | Civ. No.: 06-CV-1576 (RCL)<br>ECF |

**DEFENDANT'S CONSENT MOTION TO AMEND**
**THE JULY 16, 2007 MINUTE ORDER**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests that the Court amend the July 16, 2007 Minute Order by extending all deadlines by sixty days. Pursuant to Local Rule 7(m), counsel for the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause to grant this Motion. At present, fact discovery in this matter closes on September 25, 2007. See July 16, 2007 Minute Order. The parties need additional time to complete fact discovery. Specifically, given the schedules of counsel and the witnesses, it has taken longer than anticipated to schedule deposition dates mutually convenient for all involved. Furthermore, the parties had to reschedule the deposition of two witnesses because of the witnesses' last minute unavailability due to unexpected medical issues. Moreover, to avoid recalling the same witnesses for deposition, some witnesses had to be rescheduled because Defendant is continuing to produce documents.

For the foregoing reasons, Defendant respectfully requests that the Court amend the July 17, 2007 Minute Order as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Fact Discovery Close | September 25, 2007 | November 25, 2007 |
| Dispositive Motions | October 25, 2007 | January 3, 2008[1] |
| Oppositions | November 25, 2007 | February 3, 2008 |
| Replies | December 8, 2007 | February 17, 2008 |

Dated: September 7, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

---

[1] In light of the holidays, Defendant requests that the Court allows for more than 30 days to file dispositive motions after the close of discovery.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRUCE POINTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.: 06-CV-1576 (RCL) |
| ) | ECF |
| ) | |
| THE ARCHITECT OF ) | |
| THE CAPITOL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

Upon consideration of Defendant's Consent Motion to Amend the July 16, 2007 Minute Order and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion to Amend the July 16, 2007 Minute Order be and is hereby GRANTED; and it is

FURTHER ORDERED that the July 16, 2007 Minute Order be and is hereby AMENDED as follows:

| Events | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Fact Discovery Close | September 25, 2007 | November 25, 2007 |
| Dispositive Motions | October 25, 2007 | January 3, 2008 |
| Oppositions | November 25, 2007 | February 3, 2008 |
| Replies | December 8, 2007 | February 17, 2007 |

SO ORDERED.

_____
U.S. District Judge