UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE POINTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-CV-1576 (RCL) |
| | ) | ECF |
| | ) | |
| THE ARCHITECT OF | ) | |
| THE CAPITOL, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Bruce Pointer hereby dismisses all claims against Defendant Architect of the Capitol raised in the above-captioned case, with prejudice, with each party to bear its own costs and fees.

Respectfully Submitted,

Date: October 31, 2007

_/s/ Sundeep Hora_
Sundeep Hora, D.C. Bar # 472944
Alderman, Devorsetz & Hora PLLC
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
Phone (202) 969-8220
Fax (202) 969-8224

Attorney for Plaintiff

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant